**Opinion issued March 24, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-26-00266-CV**

————————————

**TRINA D. HENDERSON AND UNIQUE M. GREEN, Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relators Trina D. Henderson and Unique Mica Green filed an original and amended petition, and supplement to amended petition for writ of mandamus challenging the supersedeas bond amount set in the county court's Final Judgment Granting Eviction signed on March 17, 2026.[1] In conjunction with the petition,

---

[1] The underlying case is *Morad Mekhail DBA AB Trust v. Trina D. Henderson DBA A Community Funeral Home and All Other Occupants*, cause number 1269644,

Relators filed two motions and amended motion to stay enforcement of "eviction judgment and any writ of possession" pending resolution of the mandamus petition. We deny the petition. Relators' motions to stay and any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.

---

pending in the County Civil Court at Law No. 5 of Harris County, Texas, the Honorable Jermaine Thomas presiding.